IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAQWA ADESANYA and
EDDIE O'FARRELL,

        Plaintiffs,

v.

OREGON MUTUAL INSURANCE COMPANY,

        Defendant.

No. 4:12-cv-01937 DMR  (NC)

**ORDER TO SHOW CAUSE**

This case is scheduled for an order to show cause hearing on November 20, 2012 at 9:30 a.m. as to why parties and their counsel should not be sanctioned $5,000 each for failure to follow court orders regarding settlement conference. Both counsel failed to file settlement conference statements on time. All parties failed to appear at the settlement conference. No party filed a request to continue the settlement conference. No party filed a request for telephonic participation of client. Opposition to the order to show cause is due November 13. Counsel shall meet and confer and jointly propose by November 13, a non-profit charitable organization to receive the sanction. The charitable organization must not be affiliated with the Court, counsel, or either party.

The settlement conference is continued to November 20, 2012 at 9:30 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: October 23, 2012

NATHANAEL COUSINS
United States Magistrate Judge